**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Melville | Philadelphia | San Francisco |
| Boca Raton | New York | San Diego | Washington, DC |

David T. Wissbroecker
DWissbroecker@rgrdlaw.com

February 16, 2011

<u>VIA ECF FILING</u>

The Honorable Joseph C. Spero
United States Magistrate Judge
San Francisco Courthouse
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *Beverly & Lionel Sacks v. ActivIdentity Corp., et al.*, No. 10-4705-JCS

Dear Judge Spero:

  On behalf of the all the parties to the above-referenced action, we write to inform the Court that the parties to this action, as well as the parties to the related consolidated action pending in the Superior Court of Alameda County, *Vladimir Gusinsky Revocable Trust v. ActivIdentity Corp., et al.*, No. RG10541071 (the "California State Court Action"), and the related action pending in Delaware Chancery Court, *Tomaselli v. ActivIdentity Corp., et al.*, No. 5928 (the "Delaware Action"), have entered into an agreement-in-principal to resolve this action, the California State Court Action and the Delaware Action. This agreement-in-principle has been set forth in a memorandum of understanding ("MOU").

  Pursuant to the MOU, plaintiffs have agreed to cease proceedings, and to stay and not initiate any proceedings other those incident to the settlement. Also pursuant to the terms of the MOU, the settlement will be presented to the court presiding over the California State Court Action for approval. Settlement-related proceedings, including the requisite notice to the class of the settlement, will take place in connection with the California State Court Action. In the event the court in the California State Court Action approves the settlement, plaintiffs will seek dismissal of this action.

  Although there is no definitive timeframe set for presentation of the settlement to the court in the California State Court Action for approval, the parties to the California State Court Action have agreed to present their court with a settlement stipulation no later than March 31, 2011. At that time, the parties will have completed discovery to confirm the fairness of the settlement, and will thereafter seek preliminary approval from the court in the California State Court Action.

Robbins Geller
Rudman & Dowd LLP

The Honorable Joseph C. Spero
February 16, 2011
Page 2

      We are available to discuss these matters at or before the status conference set for March 4, 2010, at the Court's convenience.

                                            Very truly yours,

                                            DAVID T. WISSBROECKER

DTW:ddh

609422_1

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 16, 2011.

s/ David T. Wissbroecker
DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  DWissbroecker@rgrdlaw.com

# Mailing Information for a Case 3:10-cv-04705-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **A. Rick Atwood , Jr**
  ricka@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Randall J. Baron**
  randyb@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Steven M. Jodlowski**
  sjodlowski@rgrdlaw.com

- **David A. Knotts**
  dknotts@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Todd Wissbroecker**
  dwissbroecker@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eun Jin Lee
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```