# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 10-04705 JCS**

**CASE NAME:  BEVERLY SACKS v. ACTIVIDENTITY CORP**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 4, 2011    **TIME: 1 M** | **COURT REPORTER**: Not Reported |
| **COUNSEL FOR PLAINTIFF:**<br>David Wissbroecker | **COUNSEL FOR DEFENDANT:**<br>Thomas Martin & Maulik Shah |

**PROCEEDINGS:**                                                            **RULING:**

1. Further Case Management Conference                             Held

___

**ORDERED AFTER HEARING:**

Case dismissed without prejudice. Each side to bear own attorneys' fees and costs.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff        () Defendant        () Court

**CASE CONTINUED TO:**

___

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ()Jury   ()Court    Set for    days | | |

**cc:       Chambers; Karen**
* (T) = Telephonic Appearance